# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

144462(20)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

QUALITY ONE CONSTRUCTION &
DEVELOPMENT, INC.,
           Plaintiff-Appellant,

v

                                                    SC:  144462
                                                  COA:  303674
                                                  Wayne CC:  10-010696-AS

CITY OF DEARBORN,
           Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 25, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012                          _____

h0827                                                    Clerk